DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EMILY RENNHACK,

Appellant,

v.

WAL-MART STORES, INC. n/k/a WALMART, INC.;
ASHLEY GREEHEY, Individually; PAUL SCHRIMSCHER,
Individually; DAVID BENNET, Individually; STEPHANIE
CRUZ, Individually; and GUY STAPP, Individually,

Appellees.

No. 2D2024-2661

_____

June 5, 2026

Appeal from the Circuit Court for Manatee County; Edward Nicholas,
Judge.

Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm
Beach; W. Nelon Kirkland of Dye Harrison Knowles Kirkland Pratt &
DePaola, PLLC, Bradenton; and Thomas P. Whitaker, Jr. of Kingdom
Counsel, Bradenton, for Appellant.

Jack R. Reiter and Sydney Feldman D'Angelo of GrayRobinson, P.A.,
Miami, for Appellee Walmart, Inc.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.